**DISMISS and Opinion Filed April 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01266-CV**

**IN THE INTEREST OF T.C.T. AND T.B.T., JR., CHILDREN**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-06499**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Smith
Opinion by Justice Smith

The associate judge signed an order for child support arrearages. Because appellant did not file a request for a de novo hearing before the referring court within ten days of its signing, the order became the order of the referring court. *See* TEX. FAM. CODE ANN. § 201.1041(a). Twenty-nine days after the order was signed, appellant filed a "Notice of Appeal from Associate Judge's Hearing." By letter dated February 5, 2024, we directed appellant to clarify, by written verification within ten days, whether he intended to appeal to this Court. We cautioned appellant that if he failed to comply, we would assume he did not intend to pursue an appeal and dismiss the appeal.

As of today's date, appellant has not responded.  Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c).

/Craig Smith/
CRAIG SMITH
JUSTICE

231266F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.C.T. AND
T.B.T., JR., CHILDREN

No. 05-23-01266-CV

On Appeal from the 330th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-23-06499.
Opinion delivered by Justice Smith.
Justices Partida-Kipness and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee Angela Frazier recover her costs of this
appeal from appellant Timothy Bernard Tanner.

Judgment entered April 17, 2024